IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5413

SECURADYNE SYSTEMS,
LLC,

     Appellant,

v.

ROBERT CARMICHAEL,
RICHARD PEARSON, and
CYBERONE SYSTEMS, LLC,

     Appellees.

_____/

Opinion filed June 1, 2017.

An appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

Russell F. Van Sickle of Beggs & Lane RLLP, Pensacola, and Mark A. Shoffner of Andrews Kurth Kenyon LLP, Dallas, TX, for Appellant.

Darryl Steve Traylor, T.A. Borowski, and Louis E. Harper, III of Borowksi & Traylor, Pensacola, for Appellees.

PER CURIAM.

     AFFIRMED.

RAY, OSTERHAUS, and BILBREY, JJ., CONCUR.